No. 07-24-00362-CV

| Yeimi Fernandez, as Mother and Guardian of J.J.M., a Minor Child<br>  Appellant | § | From the 287th District Court<br>  of Parmer County |
|---|---|---|
| | § | |
| v. | § | December 13, 2024 |
| Heartland Co-op, Corp.<br>  Appellee | § | Opinion Per Curiam |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated December 13, 2024, it is ordered, adjudged, and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o